```
                      UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA       )
                               )      NO: MJ-06-4126-1
               Plaintiff,      )
                               )      ORDER QUASHING
                               )      COMPLAINT
                               )
        v.                     )
                               )
JOSE INES PEREZ-ESPARZA,       )
                               )
               Defendant.      )
_____  )
```

       This matter coming before the above Court on the

government's motion to quash the complaint;

       and the Court having reviewed the files and the records

herein;

       **IT IS HEREBY ORDERED:**

       That the complaint issued in the above-referenced case shall

be quashed.


       ENTERED this 22nd day of March, 2007.



                              _____s/ Michael W. Leavitt_____
                                   MICHAEL W. LEAVITT
                              UNITED STATES MAGISTRATE JUDGE